IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:11-cv-403-MEF |
| | )            WO |
| UPS DELIVERY SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on July 19, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on July 11, 2011 is adopted;

3. Plaintiff's claims are dismissed pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute and failure to obey court orders.

4. Any outstanding motions are DENIED as moot.

DONE this the 22nd day of July, 2011.

                                                      /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE